UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X         Chapter    **7**

IN RE:    **Seth F Brody**

Case No.:

                    Debtor(s)                            STATEMENT PURSUANT TO LOCAL RULE 2017
----------------------------------------------X

I, **Jacob Silver**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **several hours** | Initial interview, analysis of financial condition, etc. |
| **several hours** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**4,500.00**__ .

Dated: **March 17, 2015**

                                   **/s/ Jacob Silver**
                                   **Jacob Silver**
                                   Attorney for debtor(s)
                                   **Jacob Silver, Attorney At Law**
                                   **26 Court Street**
                                   **Suite - 1201**
                                   **Brooklyn, NY 11242**
                                   **(718) 855-3834 Fax:(718) 797-4141**
                                   **advocate@mindspring.com**